DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NIVE TOGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR.S 10-131 KJM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER SETTING<br>) JUDGMENT AND SENTENCING AND<br>) BRIEFING SCHEDULE |
| NIVE TOGIA, | ) |
| Defendant. | ) Date: August 12, 2010<br>) Time: 10:00 a.m.<br>) Judge: Hon. Kimberly J. Mueller |

The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Nive Togia, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to set this case for judgment and sentencing on August 12, 2010 at 10:00 a.m., pursuant to the following briefing schedule:

The parties stipulate to the following briefing schedule:

PSR disclosed to counsel . . . . . . . . . . . . . . . July 1, 2010

Informal Objection due . . . . . . . . . . . . . . July 15, 2010

1    PSR disclosed to court . . . . . . . . . . . . . . . . July 22, 2010
2    Motion to correct PSR . . . . . . . . . . . . . . . . July 29, 2010
3    PSR corrections due . . . . . . . . . . . . . . . . . August 5, 2010
4    Judgment and Sentencing . . . . . . August 12, 2010 at 10:00 am.

Dated:  May 19, 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lauren Cusick
                                        LAUREN CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        NIVE TOGIA


Dated: May 19, 2010                     BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney


                                ORDER

IT IS SO ORDERED.

Dated: May 20, 2010.

                                        _____
                                        U.S. MAGISTRATE JUDGE

Name of Pleading                -2-